UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAUNWYNN A. COLLINS,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security for Operations,<br><br>    Defendant. | CASE NO. 2:17-cv-1761-BAT<br><br>**ORDER REVERSING AND REMANDING COMMISSIONER'S FINAL DECISION** |

The parties, through their respective counsel, stipulate that the Commissioner's final decision should be reversed and remanded in accordance with sentence four of 42 U.S.C. § 405(g) and that upon remand, the Administrative Law Judge will conduct a de novo hearing and further evaluate the opinion evidence; further evaluate the claimant's maximum residual functional capacity; and issue a new decision. Dkt. 13. The parties also stipulate that, upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq. *Id.*

Accordingly, it is hereby **ORDERED** that the Commissioner's final decision shall be **REVERSED AND REMANDED** in accordance with sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will conduct a de novo hearing and further evaluate the opinion evidence; further evaluate the claimant's maximum residual functional capacity; and

issue a new decision. Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

DATED this 25th day of April, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER REVERSING AND REMANDING COMMISSIONER'S FINAL
DECISION - 2