UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRAUNWYNN A. COLLINS,<br><br>        Plaintiff,<br> vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | Civil No. 2:17-cv-1761 BAT<br><br>ORDER FOR EAJA FEES, COSTS<br>AND EXPENSES |

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, and 28 U.S.C. §1920 and Plaintiff's EAJA petition and the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as well as the stipulation of the parties (Dkt. 16), it is hereby **ORDERED**: EAJA attorney's fees of $5,313.33 and expenses of $3.43 (postage), and costs of $8.70 (copies), for a total of $5,325.46 shall:

1) Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. ---, 130 S.Ct. 2521, 2531-2, 177 L.Ed.2d 91 (2010) and delivered to Plaintiff's counsel, Rosemary B. Schurman; however,

2) If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Fees and pay EAJA fees, costs and expenses directly to Rosemary B. Schurman.

Dated this 29th day of May, 2018.

                                           /s/_____
                                           BRIAN A. TSUCHIDA
                                           Chief United States Magistrate Judge

Order for EAJA Fees- 17-1761 BAT  page 1

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law PLLC**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 888-821-0544**